# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT W. HARPER,<br><br>　　　　　Petitioner,<br><br>v.<br><br>UNITED STATES MARSHAL SERVICE,<br><br>　　　　　Respondent. | Case No. 22-cv-1511-BAS-MSB<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915(a) AND DISMISSING ACTION WITHOUT PREJUDICE (ECF No. 2)** |

　　　　Before the Court is Petitioner's Motion to Proceed In Forma Pauperis (IFP) pursuant to 28 U.S.C. § 1915(a). (ECF No. 2.) Petitioner Vincent W. Harper, currently housed at the Otay Mesa Detention Center in San Diego, California, and proceeding pro se, has filed a Petition for Writ of Mandamus pursuant to 28 U.S.C. § 1361. (ECF No. 1.) Petitioner did not pay the filing fee required by 28 U.S.C. § 1914(a) to commence a civil action but has instead filed the present motion. (ECF No. 2.) For the reasons discussed below, the Court **DENIES** Petitioner's Motion to Proceed IFP and **DISMISSES** the action without prejudice.

　　　　All parties instituting any civil action, suit, or proceeding in a district court of the United States must pay a filing fee of $402, with the exception of a petition for a writ of

habeas corpus for which the filing fee is $5.00.[1]  *See* 28 U.S.C. § 1914(a).  The action may proceed despite a failure to prepay the entire fee only if the Court grands leave to proceed IFP pursuant to 28 U.S.C. § 1915(a).  *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007) ("28 U.S.C. § 1915(a) allows the district court to waive the fee, for most individuals unable to afford it, by granting IFP status.").

Section 1915(a)(2) requires prisoners seeking leave to proceed IFP to submit a "certified copy of the trust fund account statement (or institutional equivalent) for . . . the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(2); *Andrews v. King*, 398 F.3d 1113, 1119 (9th Cir. 2005).  In this instance, Petitioner has failed to submit the required prison certificate.

Accordingly, Petitioner's Motion to Proceed IFP (ECF No. 2) is **DENIED,** and this action is **DISMISSED** without prejudice for failure to satisfy the filing fee requirement.  To proceed with this action, Petitioner must, <u>**on or before November 22, 2022**</u>, either: (1) prepay the entire filing fee in full or (2) complete and file a Motion to Proceed in Forma Pauperis which complies with 28 U.S.C. § 1915(a)(2) and S.D. Cal. CivLR 3.2(b).  The Clerk of the Court will provide Petitioner with this Court's approved form "Motion and Declaration in Support of Motion to Proceed in Forma Pauperis" which includes the required prison certificate.  In the event Petitioner fails to timely prepay the civil filing fee or timely complete and submit the enclosed Motion to Proceed in Forma Pauperis, the Court will enter a final judgment of dismissal.

**IT IS SO ORDERED.**

Dated: October 11, 2022

*Cynthia Bashant*
_____
Honorable Cynthia Bashant
United States District Judge

---

[1] In addition to the $350 statutory fee, civil litigants, other than those granted leave to proceed IFP, must also pay an administrative fee of $52.  *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2020)).